[No. 29727-6-III.    Division Three.    August 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ISRAEL MORFIN, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 09-1-00197-1, Evan E. Sperline, J., entered February 1, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Sweeney and Kulik, JJ. Now published at 171 Wn. App. 1.

[No. 29811-6-III.    Division Three.    August 16, 2012.]

*In the Matter of the Detention of* GRANT LEROY KENNEDY.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-04617-2, Salvatore F. Cozza, J., entered March 29, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Sweeney, J.

[No. 29956-2-III.    Division Three.    August 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE LUIS CAZARES SOSA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 10-1-00221-1, John D. Knodell III, J., entered May 9, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, C.J., and Brown, J.

[Nos. 62241-2-I; 62641-8-I;    Division One.    August 20, 2012.]
       62741-4-I.

THE STATE OF WASHINGTON, *Respondent*, v. RICKY MARVIN ARNTSEN, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 07-1-03196-5, Linda C. Krese, J., entered July 28, 2008. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Becker, J.